# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF PAROLE, *et al.*,<br><br>    Defendants. | Case No. CV 13-3432 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 11-6-13            _____

                                     HON. DALE S. FISCHER<br>                              UNITED STATES DISTRICT JUDGE